## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02244-BNB

NAM NGUYEN,

       Plaintiff,

v.

DR. JOSEPH G. FORTUNATO (Individually),
NURSE GWENDOLYN HUME (Individually),
ROD McCLAREN (Individually),
LIEUTENANT SMITH (Individually), and
UNKNOWN PRODUCT MANUFACTURER AND/OR SELLER,

       Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 13 2006

GREGORY C. LANGHAM
CLERK

### MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Plaintiff's request to hold this action in abeyance so that he may file an amended complaint, which he makes in a letter to the court filed on November 8, 2006, is GRANTED. Plaintiff shall have **thirty (30) days from the date of this minute order** to file an amended complaint. The clerk of the court is directed to mail to Plaintiff, together with a copy of this minute order, a copy of the court's Prisoner Complaint form.

Dated: November 13, 2006

Copies of this **Minute Order, and two copies of Prisoner Complaint** form were mailed on November 13, 2006, to the following:

Nam Nguyen
Prisoner No. 92072
CTCF - CH 1
PO Box 1010
Cañon City, CO 81215- 1010

                                                             Secretary/Deputy Clerk