IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02244-BNB

NAM NGUYEN,
    Plaintiff,

v.

JOE ORTIZ,
DR. JOSEPH G. FORTUNATO,
MS. GWENDOLYN HUME,
LIEUTENANT MR. SMITH,
ROD McCLARAN, and
KEVIN MILYARD,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB - 7 2007

GREGORY C. LANGHAM
CLERK

## ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

Plaintiff, Nam Nguyen, is a prisoner in the custody of the Colorado Department of Corrections at the Colorado Territorial Correctional Facility at Cañon City, Colorado. Mr. Nguyen initiated this action by filing *pro se* a complaint pursuant to 42 U.S.C. § 1983 alleging that his rights under the United States Constitution have been violated. On November 8, 2006, Mr. Nguyen requested an extension of time to file an amended complaint. On November 13, 2006, the court entered a minute order granting the request for an extension of time. On December 8, 2006, Mr. Nguyen filed an amended complaint and he filed a motion for another extension of time until February 1, 2007, to file an amended complaint. On December 11, 2007, the court granted the second motion for an extension of time. The deadline has now passed and Mr. Nguyen has not filed another amended complaint. Therefore, the court will review the amended complaint filed on December 8, 2006.

The court must construe the amended complaint liberally because Mr. Nguyen is representing himself. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Nguyen will be ordered to file a second amended complaint.

The court has reviewed the amended complaint and finds that it is deficient. First, because Mr. Nguyen has failed to use all of the pages of the court's Prisoner Complaint form, the specific claims for relief he is asserting in this action are not clear. The amended complaint also is deficient because Mr. Nguyen fails to allege specific facts that demonstrate how each named Defendant personally participated in the asserted constitutional violations. In particular, it is not clear what claims Mr. Nguyen is asserting against Defendants Joe Ortiz, Rod McClaran, and Kevin Milyard or how those Defendants personally participated in the claims Mr. Nguyen appears to be asserting against the other named Defendants.

Therefore, Mr. Nguyen will be ordered to file a second amended complaint. Mr. Nguyen is advised that personal participation is an essential allegation in a civil rights action. *See Bennett v. Passic*, 545 F.2d 1260, 1262-63 (10th Cir. 1976). To establish personal participation, Mr. Nguyen must show that each Defendant caused the deprivation of a federal right. *See Kentucky v. Graham*, 473 U.S. 159, 166 (1985). There must be an affirmative link between the alleged constitutional violation and each Defendant's participation, control or direction, or failure to supervise. *See Butler v. City of Norman*, 992 F.2d 1053, 1055 (10th Cir. 1993). A Defendant may not be held

liable on a theory of respondeat superior merely because of his or her supervisory position. See *Pembaur v. City of Cincinnati*, 475 U.S. 469, 479 (1986); *McKee v. Heggy*, 703 F.2d 479, 483 (10th Cir. 1983). Accordingly, it is

ORDERED that Mr. Nguyen file **within thirty (30) days from the date of this order** a second amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Nguyen, together with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. Nguyen fails within the time allowed to file an original and sufficient copies of a second amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED February 7, 2007, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02244-BNB

Nam Nguyen
Prisoner No. 92072
CTCF
P.O. Box 1010
Canon City, CO 81215

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Prisoner Complaint** to the above-named individuals on 2-7-07

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk