IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02244-PSF-MJW

NAM NGUYEN,

    Plaintiff,

v.

JOE ORTIZ,
DR. JOSEPH G. FORTUNATO,
MS. GWENDOLYN HUME,
LIEUTENANT MR. SMITH
ROD MCCLARAN, and
KEVIN MILYARD,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 5 2007

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: March 2, 2007

BY THE COURT:

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02244-PSF-MJW

Nam Nguyen
Prisoner No. 92072
CTCF
PO Box 1010
Cañon City, CO 81215- 1010

Joe Ortiz, Joseph Fortunato,
Gwendolyn Hume, Mr. Smith,
Rod McClaran, and Kevin Milyard -WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Joe Ortiz, Joseph Fortunato, Gwendolyn Hume, Mr. Smith, Rod McClaran, and Kevin Milyard, and to John Suthers: AMENDED COMPLAINT FILED 02/26/07, SUMMONS, WAIVER, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/5/07_____.

                                                              GREGORY C. LANGHAM, CLERK

                                                   By: _____
                                                                  Deputy Clerk