IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02244-PSF-MJW,

NAM NGUYEN,

Plaintiff,

v.

JOE ORTIZ, et al.,

Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the pro se plaintiff's Motion for Special Court Order to Issue an Order to Show Cause and to Grant Permission for the Plaintiff to Submit Discovery Pleadings (Docket No. 26) is denied. Plaintiff has not provided any authority for the purported "mandatorily-required ORDER TO SHOW CAUSE," and it is not clear what plaintiff relief plaintiff is seeking though such an order. The court notes that defendants filed an Answer on April 3, 2007 (Docket No. 22). Furthermore, by separate order, this court is setting a Rule 16 Scheduling/Planning Conference during which deadlines for discovery are normally set.

Date: May 23, 2007