IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:06-cv-02244-PSF-MJW

NAM NGUYEN, an individual,

Plaintiff,

v.

JOSEPH G. FORTUNATO, an individual;
GWENDOLYN HUME, an individual;
ROD McCLAREN, an individual;
MARSHALL VAN SMITH, an individual;
JOE ORTIZ, an individual;
KEVIN MILYARD, an individual,

Defendants.

## ~~PROPOSED~~ ORDER GRANTING MOTION FOR LEAVE TO FILE ( Docket No. 38 )

This matter is before the Court on Plaintiff's Motion for Leave to File the Joint Consent to the Exercise of Jurisdiction of a United State Magistrate Judge. Having considered the motion, the Court grants leave and accepts as filed the joint consent pleading that was attached.

DONE this 17th day of July 2007.

BY THE COURT.

_____
~~UNITED STATES MAGISTRATE JUDGE~~
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

#1262043 v1