IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 06-cv-02244-CBS-MJW

NAM NGUYEN,
    Plaintiff,
v.

JOE ORTIZ,
DR. JOSEPH G. FORTUNATO,
MS. GWENDOLYN HUME,
ROD MCLAREN, and
KEVIN MILYARD,
    Defendants.

_____

ORDER AND ORDER OF REFERENCE
_____

This civil action comes before the court on several matters:

I.    Consent to Proceed by Magistrate Judge

On July 25, 2007, the above-captioned case was referred to Magistrate Judge Craig B. Shaffer to handle all dispositive matters including trial and entry of a final judgment in accordance with 28 U.S.C. 636(c), Fed. R. Civ. P. 73, and D.C. COLO. LCivR 72.2. (*See* doc. # 44 (filed September 6, 2007)). All previously scheduled matters will now be handled by Magistrate Judge Shaffer at the Alfred A. Arraj United States Courthouse, Courtroom A-402, 4th Floor, 901 Nineteenth St., Denver, Colorado 80294. Magistrate Judge Shaffer's chambers telephone number is (303) 844-2117. All future filings in this case shall be filed in the United States District Court for the District of Colorado under the caption **Civil Action No. 06-cv-02244-CBS-MJW**.

II.     Order of Reference

The Order of Reference dated March 2, 2007 (doc. # 13) is hereby VACATED. This matter is now referred to United States Magistrate Judge Michael J. Watanabe *for settlement purposes only*, to convene such settlement conferences and direct related proceedings as may facilitate settlement of this case.  A settlement conference is currently set before Magistrate Judge Watanabe on September 25, 2007 at 1:30 p.m. . (*See* Scheduling Order (doc. # 36) at p. 7 of 9).

III.    Further Proceedings

A.     The deadlines and settings set forth in the Scheduling Order dated June 27, 2007 (doc. # 36) remain unchanged.

B.     A **Final Pretrial Conference is currently set on Wednesday, January 30, 2008 at 8:30 a.m.**

C.     A **proposed Final Pretrial Order shall be submitted to the court on or before January 23, 2008**.

D.     A **Status Conference is hereby set on Wednesday October 24, 2007 at 10:00 a.m.**  Parties and counsel are advised that a trial date for a 2-day trial to the court may be scheduled at the Status Conference.

DATED at Denver, Colorado, this 10th day of September, 2007.

                                                                  BY THE COURT:

                                                                     s/Craig B. Shaffer      
                                                                  United States Magistrate Judge