IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02244-CBS-MJW

NAM NGUYEN,

Plaintiff,

v.

JOSEPH G. FORTUNATO, et al.,

Defendants.

**MINUTE ORDER**

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion to Change Formal Settlement Conference to Informal Settlement Conference, DN 48, filed with the Court on September 21, 2007, is GRANTED.

Date:  September 25, 2007