IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-02244-PSF-MJW

NAM NGUYEN,

    Plaintiff,

v.

JOE ORTIZ,
DR. JOSEPH G. FORTUNATO,
MS. GWENDOLYN HUME,
LIEUTENANT MR. SMITH,
ROD MCCLARAN, and
KEVIN MILYARD,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion to Hold Case in Abeyance for Sixty (60) Days and Vacate the October 24, 2007 Status Conference (*doc. no. 52)* is **GRANTED**.

    IT IS FURTHER ORDERED that this matter is held in abeyance up to and including **December 10, 2007**. The scheduling conference set for October 24, 2007 is **VACATED**.

    IT IS FURTHER ORDERED that the parties shall file a either a stipulation or motion to dismiss with prejudice, pursuant to Fed.R.Civ.P. 41(a), on or before **December 10, 2007**.

**DATED:**    October 10, 2007