IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

Civil Action No. 06-cv-02244-CBS-MJW

NAM NGUYEN,
    Plaintiff,
v.

JOE ORTIZ,
DR. JOSEPH G. FORTUNATO,
MS. GWENDOLYN HUME,
LIEUTENANT MR. SMITH,
ROD MCCLARAN, and
KEVIN MILYARD,
    Defendants.

---

## DISMISSAL ORDER

---

This civil action comes before the court on the parties' Joint Stipulation of Dismissal with Prejudice (filed December 10, 2007) (doc. # 62). The court now being sufficiently advised in the premises, IT IS ORDERED that the parties' Stipulation is approved and this civil action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1), with each party to bear his, her or its own attorney fees and costs.

Dated at Denver, Colorado this 14th day of December, 2007.

By the Court:

    s/Craig B. Shaffer
United States Magistrate Judge